IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALLEN DOUGLAS HALE, III                               PLAINTIFF

VS.                                CIVIL ACTION NO.1:16CV113-LG-RHW

CITY OF BILOXI, MISSISSIPPI;
KENNETH GARNER, Individually;
DARREN LEA, Individually; and
JOHN AND JANE DOES 1-10, Individually                 DEFENDANTS

## AFFIDAVIT OF INVESTIGATOR DAVID SHOEMAKER

STATE OF MISSISSIPPI

COUNTY OF HARRISON

     PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Investigator David Shoemaker, who after being by me first duly sworn stated on oath that he has personal knowledge and is competent to testify on the following:

     1.     I am currently an Investigator with the Internal Affairs Division of the City of Biloxi Police Department.

     2.     I am a duly authorized custodian of records maintained by the City of Biloxi Police Department Internal Affairs Division, and as such, have the authority to certify the videos attached as Exhibit "C" and Exhibit "E" to the [78] Motion for Summary Judgment filed by Defendant, the City of Biloxi, Mississippi.

     3.     The dash cam video/audio attached as Exhibit "C" and the taser video attached as Exhibit "E" contains no edits.

Page 1 of 2



EXHIBIT "J"

_____
DAVID SHOEMAKER, INVESTIGATOR

SWORN TO AND SUBSCRIBED before me, this the 12th day of May, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

_____

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 90983 LAURA A. SAUJON Commission Expires Sept. 20, 2020 HARRISON COUNTY]