```
                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                        SOUTHERN DIVISION




ALLEN DOUGLAS HALE, III                              PLAINTIFF

VS.              CIVIL ACTION NO. 1:16CV113-LG-RHW

CITY OF BILOXI, MISSISSIPPI;
KENNETH GARNER, Individually;
DARREN LEA, Individually; and
JOHN AND JANE DOES 1-10, Individually   DEFENDANTS
_____

           DEPOSITION OF ALLEN DOUGLAS HALE III
_____

     Taken at Smith & Holder, 2209 23rd Avenue,
     Gulfport, Mississippi, on November 11, 2016,
     beginning at 1:39 p.m.
```

**REPORTED BY:**

Elizabeth Bost Simpson, RDR, RMR, CRR
MS CCR 1293   LA CCR 2014020
2100 18th Street
Gulfport, Mississippi  39501
ESimpson@SBMreporting.com

SIMPSON BURDINE & MIGUES REALTIME REPORTING
2100 18TH STREET, GULFPORT, MS  (228)863-...

**EXHIBIT 2**

70

```
2:55:34PM  1      confer with him on that.
           2          MR. ROS:  Absolutely.
           3          (OFF RECORD)
           4   BY MR. ROS:
3:08:57PM  5      Q.  All right.  Mr. Hale, I want to take you
           6   now to --
           7          MR. SMITH:  Well -- and as a preliminary
           8      matter before we go there, if you'd like to
           9      re-ask questions relating to Mr. Hale's
3:09:11PM 10      knowledge of there being outstanding legal
          11      process for him, i.e., whether he knew he had
          12      a warrant out for his arrest and things to
          13      that effect, he will not assert his Fifth
          14      Amendment right in that context, but
3:09:31PM 15      anything -- any kind of questioning
          16      pertaining to the elements of the offense for
          17      which the warrant was issued, he will
          18      maintain his Fifth Amendment objection to
          19      that.
3:09:47PM 20   BY MR. ROS:
          21      Q.  Then with that said, I will ask you
          22   this:  When did you first learn that there was a
          23   warrant out for your arrest?
          24      A.  I did not know I had a warrant for my
3:09:57PM 25   arrest.
```

<6>87</6>

```
3:26:53PM  1       Q.   Can't pull it back and look out?
           2       A.   No.  It's a solid blind.  And I ain't
           3   going to lie to you.  I'm too damn lazy after
           4   roofing all day.
3:27:03PM  5       Q.   Did you hear anything suggesting anybody
           6   was outside your RV?
           7       A.   No.  I had the TV on.  I was watching
           8   cartoons.
           9       Q.   I'm sorry.
3:27:10PM 10       A.   Had the TV on, was watching cartoons.
          11       Q.   What cartoons were you watching?
          12       A.   I don't know.
          13       Q.   What cable -- do you have cable at the
          14   RV?
3:27:18PM 15       A.   I want to say it was Family Guy or might
          16   have been American Dad.  It was one of them stupid
          17   cartoons.
          18       Q.   When is the first time you actually
          19   heard or saw anybody associated with Biloxi PD?
3:27:30PM 20       A.   When they opened my mom's door.
          21       Q.   And what did they say?
          22       A.   They was telling me to come outside or
          23   something.  I was like -- I said, What's going on?
          24   What did I do to y'all?
3:27:41PM 25       Q.   Did they announce that they were Biloxi
```