

X00464422    04/02/15  01:09:2

EXHIBIT 7





31



32





34







