1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3  SOUTHERN DIVISION

4

5

6  ALLEN DOUGLAS HALE, III,
       Plaintiff,

7

8  VERSUS          CIVIL ACTION NO: 1:16-cv-113-LG-RHW

9

10  CITY OF BILOXI, MISSISSIPPI;
    KENNETH GARNER, Individually;
    DARREN LEA, Individually; and

11  JOHN AND JANE DOES 2-10,
    Individually,

12       Defendants.

13

14

15

16  <u>DEPOSITION OF MICHAEL BROWN</u>

17

18  Taken at Biloxi Public Safety Building,

19  170 Porter Avenue, Biloxi, Mississippi,

20  on Tuesday, April 4, 2017, beginning

21  at 10:08 a.m.

22

23

24

25

EXHIBIT 9

```
 1        Q.    Was anyone else present for the
 2   interview?
 3        A.    No, sir.
 4        Q.    Just you and Sergeant Lea?
 5        A.    Just me and him.
 6        Q.    How long did that interview last?
 7        A.    I'm not sure.
 8        Q.    Did you record the interview?
 9        A.    Yes, sir.
10        Q.    How was it recorded?
11        A.    A digital recorder.
12        Q.    And what did you do with that digital
13   recording after the interview was concluded?
14        A.    Gave it to Investigator Shoemaker.
15             MR. SMITH:  Let's go off the record for
16        one second.
17                  (Off the record.)
18   BY MR. SMITH:
19        Q.    All right, Mr. Brown.  I am going to
20   play an audio recording now that's been marked.
21   It's on a CD that's been marked as Exhibit 2 to
22   this deposition.  It is what was produced in
23   discovery by the City to my office in this case.
24   It's a recording of your interview with Darren
25   Lea.
```

1          Q.    So we have three dates.  We have the day
2     after the shooting, which would be April 2nd.  You
3     then gave the date on the audio recording as April
4     the 3rd, and then on the written report prepared
5     by Investigator Shoemaker, it says April 4th.
6              So does that clear up for you at all
7     what day your interview with Sergeant Lea
8     happened?
9          A.    If I said April 3rd, it would have
10    probably been April 3rd on the report.  The day
11    before could have -- I have no idea why I said
12    that.  It just could have been a mistake.  I mean,
13    I don't know.  I assume David Shoemaker wrote that
14    on the 4th.
15         Q.    And that's fair.  I'm just trying to pin
16    down exactly what date the best we can.
17         A.    That's the only way I can answer it.
18         Q.    All right.  Now, on the audio recording,
19    after you give Sergeant Lea his Garrity
20    Warning -- and Garrity is spelled G-A-R-R-I-T-Y --
21    something comes up about Sergeant Lea's body cam.
22    You mentioned to him that prior to the interview,
23    Sergeant Lea gave you a body camera that he wore
24    on April 1st, 2015; is that correct?
25         A.    Yes, that he gave to me.

1    Q.    Correct.

2    A.    Yes.

3    Q.    What specifically did he actually give

4    you?

5    A.    I don't remember if it was the card or

6    the whole thing.  I've never fooled with one

7    before.  I don't remember if there was an SD card

8    in it or if he handed me the camera.  All I know

9    is I didn't have the equipment to fool with it,

10   and he told me it wasn't working.

11   Q.    Let me ask you about that.  When you

12   say, he told you that it wasn't working, what do

13   you mean?

14   A.    He said that the body cam didn't work,

15   and then I believe he said he turned it on later

16   or something.  I would have given that to

17   somebody, and I can't tell you who.  I just can't.

18   I don't remember.  It had, I guess, the access to

19   be able to download it to see if anything was on

20   it.  From what I understood later -- I mean, just

21   hearing talk -- nothing was on it.

22   Q.    Nothing at all, as in there was nothing

23   recorded?

24   A.    If it was, I never heard about any of it

25   or seen any of it.

1   from him again at all, I don't think, about
2   anything.
3       Q.   And so this occurred, him giving you
4   either the SIM card or the body camera unit, just
5   before the interview began -- your interview with
6   him began; correct?
7       A.   I don't remember if it was before it
8   began or at the end.
9       Q.   Well, we can go ahead and I'll play it
10  for you so we can refresh your recollection a
11  little bit.  I'm going to fast forward to four
12  minutes and 46 seconds.
13          (Audio recording played aloud.)
14          Investigator Brown:  I guess one
15      question before we start.  When you came in,
16      you gave me your body cam?
17          Darren Lea:  Yes.
18          Investigator Brown:  And let's go ahead
19      and talk about that since you gave that to me
20      already.  Did you forget to turn it on last
21      night?
22          Darren Lea:  Yes.
23          Investigator Brown:  All right.  And
24      then you -- when you remembered, which was
25      after the shooting --

1          Darren Lea:  Yes.

2          Investigator Brown:  All right -- you

3     turned it on?

4          Darren Lea:  Yes.

5          Investigator Brown:  So any recordings

6     on that now is after?

7          Darren Lea:  Correct.

8          Investigator Brown:  All right.  Which

9     would show what, pretty much?

10          Darren Lea:  The aftermath of us trying

11     to, you know, render first aid to the

12     victim -- or victim/suspect and taking

13     measures to secure the scene.

14          Investigator Brown:  So that's what

15     would be on there?

16          Darren Lea:  Yes.

17          Investigator Brown:  All right.  Well,

18     let's go ahead and start from the very

19     beginning.

20          (Audio recording stopped.)

21   BY MR. SMITH:

22     Q.   All right.  Does that refresh your

23   recollection any of what he said about the body

24   cam?

25     A.   Yes, sir.

1    Q.   And does that help you out at all to
2  remember who you might have given that to?
3    A.   No, sir.
4    Q.   So you never actually viewed the body
5  cam footage, whatever was on there, did you?
6    A.   No, sir.
7    Q.   All right.  Now, during your interview
8  with Sergeant Lea, he told you that he, Kenneth
9  Garner, and Robert McKeithen were going to serve a
10  warrant on Doug Hale for, I believe he says in the
11  interview, either fraud or forgery, something like
12  that.  Is that what your recollection is?
13    A.   Yes.
14    Q.   Okay.  Did he tell you that the three of
15  them, Lea, Garner, and McKeithen, met at Southern
16  Tire Mart?
17    A.   Yes.
18    Q.   What did he tell you about them
19  formulating any type of plan for serving or
20  executing the arrest warrant?
21    A.   He said that they met there, looked at a
22  photo from RMS, and then that they stopped at the
23  complainant's trailer first and then went to the
24  suspect's trailer.  And that's when I said that I
25  believe it was Officer McKeithen went to the back

1    A.   I don't remember who drove him back.   I
2  know he gave Captain Johnson the TASER, and I
3  think he drove himself back to the police
4  department.
5    Q.   Did he tell you --
6    A.   If I remember right.
7    Q.   I'm sorry.  Did Sergeant Lea tell you
8  anything about who drove Garner back to the police
9  department?
10   A.   No, not that I know of.
11   Q.   Now, towards the end of the interview,
12 you asked him what, if anything, Doug said after
13 the shooting; is that right?  Do you remember
14 that?
15   A.   Yes.
16   Q.   Okay.  And Lea said that Doug said, why
17 did you shoot me.  Do you remember that?
18   A.   Yes.
19   Q.   Okay.  And Sergeant Lea then said -- and
20 I'll quote -- "you wasn't doing what we was
21 telling you to do," and directed that to Doug.  Do
22 you remember him saying that?
23   A.   Yes.
24   Q.   Did you and Sergeant Lea ever speak
25 again after your interview was concluded on April