1   **IN THE UNITED STATES DISTRICT COURT**

2   **FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

3   **SOUTHERN DIVISION**

4

5

6   **ALLEN DOUGLAS HALE, III,**
        **Plaintiff,**

7

8   **VERSUS          CIVIL ACTION NO: 1:16-cv-113-LG-RHW**

9

    **CITY OF BILOXI, MISSISSIPPI;**
10  **KENNETH GARNER, Individually;**
    **DARREN LEA, Individually; and**
11  **JOHN AND JANE DOES 2-10,**
    **Individually,**
12      **Defendants.**

13

14

15
    _____
16
            **30(b)(6) DEPOSITION OF CITY OF BILOXI**
17
            **DESIGNEE: JOHN B. MILLER**
18  _____

19      Taken at Biloxi Public Safety Building,

20      170 Porter Avenue, Biloxi, Mississippi,

21      on Wednesday, November 2, 2016, beginning

22      at 2:40 p.m.

23

24

25

EXHIBIT
10

1   stuff?

2      A.   There's some of both done.  A lot of

3   classroom.  There is some role playing

4   occasionally done.

5      Q.   And is all of that done in-house, as

6   well?

7      A.   Much of it, yes.  Keep in mind, we do

8   still send officers away to different schools, and

9   a lot of times they'll get some training there,

10   also.

11      Q.   If certain officers are found in

12   violation of these policies, do you send them to

13   additional training?

14      A.   Depends on what the violation is.  You

15   can't write a policy to cover every incident.

16   Just like not saying "taser, taser, taser," even

17   though we train that, that's not something that I

18   would discipline somebody over, simply for not

19   saying "taser, taser, taser."  If they tell

20   someone, I'm about to tase you, it's there.  What

21   they're trying to infer to them is there.

22         So you can't write a policy to cover

23   every individual instance, so we have to structure

24   our policies so that we're -- really the policy is

25   more for the officer, to give him a direction to

1　go and make him understand, or try to understand,

2　that this is what we expect out of this.

3　　　Q.　I understand.　And so what you're saying

4　is, you know, under no circumstances would you

5　discipline an officer for not saying "taser,

6　taser, taser"?

7　　　A.　Yeah, more than likely not.

8　　　　　MR. HOLDER:　Can we take a quick break?

9　　　　　MR. ROS:　Sure.

10　　　　　　　　　－ － －

11　　　　　　(Off the record.)

12　BY MR. HOLDER:

13　　　Q.　All right, Chief Miller.　I'm going to

14　direct you to Interrogatory Number 13 and the

15　City's Responses to the First Set of

16　Interrogatories Propounded by the Plaintiff that

17　is on Page 7.

18　　　　　MR. ROS:　Sorry.　You're reading my

19　　　　　copy, which has my notes on it.

20　BY MR. HOLDER:

21　　　Q.　If you would, please, ignore his notes,

22　that would be great.

23　　　　　In response to any reprimands for

24　Sergeant Garner, about halfway down －－ a little

25　more than halfway down, there is a －－ and I'll