## AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

STATE OF _Texas_

COUNTY OF _Harris_

I, _Susan Richardson_, am the duly authorized custodian of the medical records for **Garden Park Medical Center**, and as such I have (i) first-hand knowledge about the making, maintenance, and storage of the records; (ii) that the records are authentic as required by law; and (iii) that the attached records were (a) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters; (b) kept in the course of the regularly conducted activity of this office; and (c) were made or maintained as a regular practice. The records attached hereto constitute a true and correct copy of the medical records pertaining to the care and treatment of **Allen Douglas Hale**.

And further affiant saith not.

_Susan Lee Carlson_
Custodian of Records

SWORN TO AND SUBSCRIBED before me this _15_ day of _July_, 201_5_

CHARLENE CHANEY
Notary Public, State of Texas
My Commission Expires
March 17, 2018

NOTARY PUBLIC

My Commission Expires:

_3/17/18_

**EXHIBIT 12**



BILL TO:
    HALE ALLEN                        INPATIENT                  FC=05
                                      REPLACEMENT OF PRIOR CLAIM

| DATE OF SERVICE | ATT PHYS | FC | ROOM | SERV AC | REV CODE | CODE DEPT | ROOM AND CARE DAYS | CHARGE | ROOM CHARGES | NONBILL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/15 | 7394 | 05 | 321A | IT ICU | 208 | 0650 | 2 X | 5990.88 | 11981.76 | .00 |
| 04/03/15 | 7394 | 05 | 255A | P SURG | 110 | 0607 | 1 X | 1522.13 | 1522.13 | .00 |
| 04/04/15 | 7394 | 05 | 325A | IT ICU | 208 | 0650 | 7 X | 5990.88 | 41936.16 | .00 |
| 04/11/15 | 7394 | 05 | 258A | P SURG | 110 | 0607 | 5 X | 1522.13 | 7610.65 | .00 |

```
                            TOTAL ROOM AND CARE      63050.70
            TOTAL NON BILLABLE ROOM AND CARE            .00
                     TOTAL BILLED ROOM AND CARE      63050.70
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | | | | 250-PHARMACY | |
| 040115 | 02B029 | 0712 | 313002 | | 2 | LIDOCAINE 2% 5ML AMPUL | 56.58 |
| 040115 | 02B029 | 0712 | 310064 | | 2 | LIDOCAINE JERRY 2% 5ML | 210.92 |
| 040115 | 02B029 | 0712 | 313085 | | 1 | FUROSEMIDE 20MG VIAL | 7.65 |
| 040115 | 02B029 | 0712 | 320069 | | 1 | VECURONIUM 2MG/ML 5ML | 571.85 |
| 040115 | 06C740 | 0712 | 320412 | | 2 | SOD CL 0.9% 10ML | 235.22 |
| 040215 | 02B001+ | 0712 | 313073 | | 2 | FENTANYL 5ML AMP | 70.24 |
| 040215 | 02B004+ | 0712 | 314353 | | 3 | NS100ML | 32.76 |
| 040215 | 02B004 | 0712 | 314298 | | 1 | D51/2NS 10 KCL 1000 ML | 350.07 |
| 040215 | 02B001 | 0712 | 320121 | | 1 | MIDAZOLAM 5MG/ML 2ML | 186.56 |
| 040315 | 03B099+ | 0712 | 314353 | | 3 | NS100ML | 32.76 |
| 040415 | 04B189+ | 0712 | 314353 | | 2 | NS100ML | 21.84 |
| 040415 | 04B224 | 0712 | 311215 | | 1 | GELFOAM SIZE 100 EA | 551.58- |
| 040415 | 04B224 | 0712 | 312057 | | 1 | EPHEDRINE 50MG/ML INJ | 30.75- |
| 040415 | 04B216 | 0712 | 311215 | | 1 | GELFOAM SIZE 100 EA | 551.58 |
| 040415 | 04B204 | 0712 | 330003 | | 6 | IR SOD CL 1000ML | 1119.36 |
| 040415 | 04B204 | 0712 | 320121 | | 1 | MIDAZOLAM 5MG/ML 2ML | 186.56 |
| 040415 | 04B204 | 0712 | 313073 | | 3 | FENTANYL 5ML AMP | 105.36 |
| 040415 | 04B204 | 0712 | 320293 | | 2 | GLYCOPYRROLATE 0.2MG/M | 210.92 |
| 040415 | 04B204 | 0712 | 312057 | | 1 | EPHEDRINE 50MG/ML INJ | 30.75 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.


| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040415 | 04B204 | 0712 | | 320453 | | 1 | CISATRACURIUM 2MG/ML 1 | 344.76 |
| 040415 | 05B298 | 0712 | | 313002 | | 1 | LIDOCAINE 2% 5ML AMPUL | 28.29 |
| 040515 | 05B250+ | 0712 | | 314353 | | 3 | NS100ML | 32.76 |
| 040615 | 06B318+ | 0712 | | 314353 | | 3 | NS100ML | 32.76 |
| 040715 | 07B421+ | 0712 | | 314353 | | 3 | NS100ML | 32.76 |
| 040715 | 08B521 | 0712 | | 314353 | | 1 | NS100ML | 10.92 |
| 040815 | 08B550+ | 0712 | | 314353 | | 2 | NS100ML | 21.84 |
| 040815 | 09C808 | 0712 | | 320412 | | 1 | SOD CL 0.9% 10ML | 117.61 |
| 040915 | 09B621+ | 0712 | | 314353 | | 3 | NS100ML | 32.76 |
| 040915 | 13C821 | 0712 | | 320412 | | 1 | SOD CL 0.9% 10ML | 117.61 |
| 041015 | 10B718+ | 0712 | | 314353 | | 2 | NS100ML | 21.84 |
| 041015 | 16C833 | 0712 | | 320412 | | 1 | SOD CL 0.9% 10ML | 117.61 |
| 041415 | 14B083 | 0712 | | 330003 | | 1 | IR SOD CL 1000ML | 186.56 |
| | | | | | | | SUBTOTAL: | 4496.73 |

**251-DRUGS/GENERIC**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B029 | 0712 | | 314508 | | 1 | TEARS LUBRICANT | 18.10 |
| 040615 | 06B396 | 0712 | | 314501 | | 1 | ALBUTEROL 2.5 MG | 33.78 |
| 040815 | 08B578+ | 0712 | | 314501 | | 2 | ALBUTEROL 2.5 MG | 67.56 |
| 040915 | 09B651+ | 0712 | | 314501 | | 3 | ALBUTEROL 2.5 MG | 101.34 |
| 041015 | 10B718+ | 0712 | | 314501 | | 4 | ALBUTEROL 2.5 MG | 135.12 |
| 041115 | 11B817+ | 0712 | | 314501 | | 3 | ALBUTEROL 2.5 MG | 101.34 |
| 041215 | 12B883+ | 0712 | | 314501 | | 3 | ALBUTEROL 2.5 MG | 101.34 |
| 041315 | 13B954+ | 0712 | | 314501 | | 3 | ALBUTEROL 2.5 MG | 101.34 |
| 041415 | 14B051+ | 0712 | | 314501 | | 4 | ALBUTEROL 2.5 MG | 135.12 |
| 041415 | 15B156 | 0712 | | 314501 | | 1 | ALBUTEROL 2.5 MG | 33.78 |
| 041515 | 15B164+ | 0712 | | 314501 | | 3 | ALBUTEROL 2.5 MG | 101.34 |
| 041615 | 16B258+ | 0712 | | 314501 | | 2 | ALBUTEROL 2.5 MG | 67.56 |
| | | | | | | | SUBTOTAL: | 997.72 |

**258-IV SOLUTIONS**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040215 | 02B008+ | 0712 | | 330030 | | 3 | IV D5/0.45NS 1000ML | 997.74 |
| 040315 | 03B099+ | 0712 | | 330030 | | 2 | IV D5/0.45NS 1000ML | 665.16 |
| 040315 | 04B185 | 0712 | | 330030 | | 1 | IV D5/0.45NS 1000ML | 332.58 |
| 040415 | 04B189+ | 0712 | | 330030 | | 2 | IV D5/0.45NS 1000ML | 665.16 |
| 040415 | 04B204 | 0712 | | 312638 | J7120 | 1 | LR UP TO 1000 ML | 328.74 |
| 040515 | 05B250+ | 0712 | | 330030 | | 3 | IV D5/0.45NS 1000ML | 997.74 |
| 040615 | 06B322 | 0712 | | 330030 | | 1 | IV D5/0.45NS 1000ML | 332.58 |
| | | | | | | | SUBTOTAL: | 4319.70 |

**259-DRGS/OTHER**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040215 | 02B008+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN



GARDEN PARK MEDICAL      BILLING DATE     PAGE   3    06212
15200 COMMUNITY RD        06/19/15

GULFPORT                  MS 395033085    ADMITTED    DISCHARGED
                                          04/01/15    04/16/15

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040215 | 02B057 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040315 | 03B099+ | 0712 | | 320220 | | 2 | METRONIDAZOLE 500MG RT | 803.00 |
| 040315 | 03B103 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040315 | 04B185 | 0712 | | 320220 | | 1 | METRONIDAZOLE 500MG RT | 401.50 |
| 040415 | 04B189+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040415 | 04B193 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040515 | 05B254+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040515 | 05B269 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040615 | 06B322+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040615 | 06B348 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040715 | 07B428+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040715 | 07B452 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040815 | 08B525+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040815 | 08B583 | 0712 | | 312641 | | 2 | ACETAMINOPHEN 325MG | 16.08 |
| 040815 | 08B550 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 040915 | 09B625+ | 0712 | | 320220 | | 3 | METRONIDAZOLE 500MG RT | 1204.50 |
| 040915 | 09B680+ | 0712 | | 313336 | | 3 | HYDROCOD/APAP 7.5/325 | 27.03 |
| 040915 | 09B651 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041015 | 10B722+ | 0712 | | 313336 | | 8 | HYDROCOD/APAP 7.5/325 | 72.08 |
| 041015 | 10B726 | 0712 | | 320220 | | 1 | METRONIDAZOLE 500MG RT | 401.50 |
| 041015 | 10B726 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041115 | 11B813+ | 0712 | | 313336 | | 8 | HYDROCOD/APAP 7.5/325 | 72.08 |
| 041115 | 11B829 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041215 | 12B875+ | 0712 | | 313336 | | 4 | HYDROCOD/APAP 7.5/325 | 36.04 |
| 041215 | 12B892+ | 0712 | | 313197 | | 4 | HYDROC/APAP 10/325 TAB | 47.48 |
| 041215 | 12B928 | 0712 | | 310887 | | 1 | FAMOTIDINE 20MG T | 36.48 |
| 041215 | 12B892 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041315 | 13B946+ | 0712 | | 313197 | | 12 | HYDROC/APAP 10/325 TAB | 142.44 |
| 041315 | 13B979 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041315 | 13B979 | 0712 | | 310887 | | 1 | FAMOTIDINE 20MG T | 36.48 |
| 041415 | 14B051+ | 0712 | | 313197 | | 9 | HYDROC/APAP 10/325 TAB | 106.83 |
| 041415 | 14B114 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041415 | 14B083 | 0712 | | 310887 | | 1 | FAMOTIDINE 20MG T | 36.48 |
| 041515 | 15B156+ | 0712 | | 313197 | | 12 | HYDROC/APAP 10/325 TAB | 142.44 |
| 041515 | 15B191 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39- |
| 041515 | 15B186 | 0712 | | 311321 | | 1 | NICOTINE 21MG TRANSDER | 101.39 |
| 041515 | 15B186 | 0712 | | 310887 | | 1 | FAMOTIDINE 20MG T | 36.48 |
| 041615 | 16B262+ | 0712 | | 313197 | | 4 | HYDROC/APAP 10/325 TAB | 47.48 |
| 041615 | 16B285 | 0712 | | 310887 | | 1 | FAMOTIDINE 20MG T | 36.48 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN



GARDEN PARK MEDICAL          BILLING DATE     PAGE   4    06212
15200 COMMUNITY RD           06/19/15

GULFPORT                     MS 395033085      ADMITTED    DISCHARGED
                                               04/01/15    04/16/15

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SUBTOTAL: | 12247.95 |

270-MED-SURG SUPPLIES

| DATE OF SERVICE | BATCH REF | DEPT | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 040115 | 02B077 | 0719 | | 350090 | 2 | STAPLE, SKIN | 1419.42 |
| 040115 | 02B077 | 0718 | | 360168 | 2 | SPONGE, PKG OF 10 | 206.18 |
| 040115 | 02B077 | 0719 | | 350033 | 2 | DRAIN, J-P TYPE RESERV | 648.86 |
| 040115 | 02B077 | 0719 | | 350034 | 2 | DRAIN, JACKSON-PRATT T | 1297.74 |
| 040215 | 02B056 | 0718 | | 360518 | 1 | TUBE, CONNECTING/EXTEN | 230.39 |
| 040215 | 02B056 | 0718 | | 360572 | 1 | IV SET SET 2C7451 | 236.48 |
| 040215 | 02B056 | 0718 | | 360562 | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 040215 | 02B056 | 0718 | | 360838 | 1 | SET BLOOD COLL 23 X 3/ | 52.69 |
| 040315 | 03B145 | 0719 | | 350440 | 2 | DRESSING TEGARDERM ALL | 24.32 |
| 040415 | 04B220+ | 0718 | | 360168 | 5 | SPONGE, PKG OF 10 | 515.45 |
| 040415 | 04B240 | 0718 | | 360374 | 1 | TRAY, CATH FOLEY | 460.77 |
| 040415 | 04B240 | 0719 | | 350090 | 1 | STAPLE, SKIN | 709.71 |
| 040415 | 04B240 | 0719 | | 350033 | 2 | DRAIN, J-P TYPE RESERV | 648.86 |
| 040415 | 04B220 | 0718 | | 360129 | 4 | SPONGE, DRAIN PKG | 194.16 |
| 040415 | 04B220 | 0718 | | 360357 | 1 | SET, SUTURE REMOVAL | 157.69 |
| 040415 | 05B283 | 0718 | | 360370 | 1 | TRAY, CVP DRESSING CHA | 297.13 |
| 040415 | 05B283 | 0718 | | 360572 | 1 | IV SET SET 2C7451 | 236.48 |
| 040415 | 05B283 | 0718 | | 360562 | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 040515 | 05B253+ | 0754 | | 120019 | 24 | OXYGEN PER HOUR | 974.16 |
| 040515 | 05B283+ | 0719 | | 350440 | 3 | DRESSING TEGARDERM ALL | 36.48 |
| 040515 | 05B283 | 0718 | | 360168 | 1 | SPONGE, PKG OF 10 | 103.09 |
| 040615 | 06B321+ | 0754 | | 120019 | 24 | OXYGEN PER HOUR | 974.16 |
| 040615 | 06B375 | 0719 | | 350440 | 1 | DRESSING TEGARDERM ALL | 12.16 |
| 040615 | 06B375 | 0718 | | 360168 | 1 | SPONGE, PKG OF 10 | 103.09 |
| 040615 | 07B481 | 0718 | | 360375 | 1 | TRAY, IRRIGATION | 181.94 |
| 040715 | 07B420+ | 0754 | | 120019 | 24 | OXYGEN PER HOUR | 974.16 |
| 040715 | 07B481 | 0718 | | 360572 | 1 | IV SET SET 2C7451 | 236.48 |
| 040715 | 07B481 | 0718 | | 360562 | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 040715 | 07B481 | 0718 | | 360168 | 1 | SPONGE, PKG OF 10 | 103.09 |
| 040715 | 07B481 | 0718 | | 360357 | 1 | SET, SUTURE REMOVAL | 157.69 |
| 040815 | 08B582 | 0719 | | 350440 | 1 | DRESSING TEGARDERM ALL | 12.16 |
| 040815 | 08B520 | 0754 | | 120019 | 12 | OXYGEN PER HOUR | 487.08 |
| 040815 | 08B582 | 0718 | | 360562 | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 040815 | 09B678 | 0754 | | 120019 | 12 | OXYGEN PER HOUR | 487.08 |
| 040915 | 09B620+ | 0754 | | 120019 | 24 | OXYGEN PER HOUR | 974.16 |
| 041015 | 10B717+ | 0754 | | 120019 | 24 | OXYGEN PER HOUR | 974.16 |
| 041015 | 10B771 | 0719 | | 350440 | 4 | DRESSING TEGARDERM ALL | 48.64 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN

GARDEN PARK MEDICAL
15200 COMMUNITY RD

GULFPORT

BILLING DATE    PAGE  5    06212
06/19/15

MS 395033085    ADMITTED    DISCHARGED
04/01/15    04/16/15



| DATE OF SERVICE | BATCH REF | DEPT | F S | NDC/CPT-4/ PROC | HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 041015 | 10B771 | 0718 | | 360168 | | 2 | SPONGE, PKG OF 10 | 206.18 |
| 041015 | 10B771 | 0718 | | 360357 | | 1 | SET, SUTURE REMOVAL | 157.69 |
| 041015 | 11B846 | 0718 | | 360562 | | 2 | SET PRIMARY INTERLOCK | 594.26 |
| 041115 | 11B846 | 0718 | | 360357 | | 2 | SET, SUTURE REMOVAL | 315.38 |
| 041115 | 11B846 | 0719 | | 350440 | | 2 | DRESSING TEGARDERM ALL | 24.32 |
| 041115 | 11B846 | 0718 | | 360168 | | 2 | SPONGE, PKG OF 10 | 206.18 |
| 041115 | 12B908 | 0718 | | 360562 | | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 041115 | 12B908 | 0718 | | 360168 | | 1 | SPONGE, PKG OF 10 | 103.09 |
| 041215 | 12B908 | 0718 | | 360572 | | 1 | IV SET SET 2C7451 | 236.48 |
| 041215 | 12B908 | 0719 | | 350440 | | 3 | DRESSING TEGARDERM ALL | 36.48 |
| 041215 | 12B908 | 0718 | | 360497 | | 1 | INTRALOCK MALE EXTK | 133.39 |
| 041215 | 12B908 | 0718 | | 360168 | | 2 | SPONGE, PKG OF 10 | 206.18 |
| 041315 | 13B006 | 0718 | | 360562 | | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 041315 | 14B113 | 0718 | | 360129 | | 3 | SPONGE, DRAIN PKG | 145.62 |
| 041315 | 14B113 | 0719 | | 350440 | | 1 | DRESSING TEGARDERM ALL | 12.16 |
| 041415 | 14B113+ | 0718 | | 360562 | | 2 | SET PRIMARY INTERLOCK | 594.26 |
| 041415 | 14B113 | 0718 | | 360497 | | 1 | INTRALOCK MALE EXTK | 133.39 |
| 041415 | 15B214 | 0718 | | 360562 | | 1 | SET PRIMARY INTERLOCK | 297.13 |
| 041615 | 16B311 | 0719 | | 350440 | | 1 | DRESSING TEGARDERM ALL | 12.16 |
| 041615 | 16B311 | 0718 | | 360071 | | 1 | BANDAGE, ELASTIC GAUZE | 206.11 |
| 041615 | 16B311 | 0718 | | 360168 | | 3 | SPONGE, PKG OF 10 | 309.27 |
| | | | | | | | SUBTOTAL: | 19888.62 |

272-STERILE SUPPLIES

| DATE OF SERVICE | BATCH REF | DEPT | F S | NDC/CPT-4/ PROC | HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B077+ | 0719 | | 350119 | | 8 | SUTURE II | 1946.56 |
| 040115 | 02B077 | 0719 | | 352205 | | 1 | HARMONIC SCALPEL 45CM | 2300.24 |
| 040115 | 02B077 | 0719 | | 350120 | | 2 | SUTURE I | 162.26 |
| 040115 | 02B077 | 0719 | | 350138 | | 1 | SUTURE III | 381.21 |
| 040115 | 02B077 | 0719 | | 350924 | | 2 | DRAPE, WARMING/SLUSH | 586.78 |
| 040115 | 02B077 | 0719 | | 350873 | | 1 | SURGICEL HEMOSTASIS 2X | 733.96 |
| 040115 | 02B077 | 0719 | | 351061 | | 1 | 36FR CHEST TUBE | 66.79 |
| 040415 | 04B240+ | 0719 | | 350119 | | 3 | SUTURE II | 729.96 |
| 040415 | 04B240 | 0719 | | 351144 | | 1 | TEFLON BOVIE TP 2.5 NO | 34.24 |
| 040415 | 04B240 | 0719 | | 351217 | | 1 | BOVIE EXTEND 6" NONPRO | 42.35 |
| 040415 | 04B240 | 0719 | | 350924 | | 2 | DRAPE, WARMING/SLUSH | 586.78 |
| 041215 | 12B908 | 0718 | | 360937 | C1751 | 2 | CATH IV PLUS 20X 1 1/4 | 275.76 |
| 041415 | 14B113 | 0718 | | 360937 | C1751 | 2 | CATH IV PLUS 20X 1 1/4 | 275.76 |
| | | | | | | | SUBTOTAL: | 8122.65 |

278-SUPPLY/IMPLANTS

| DATE OF SERVICE | BATCH REF | DEPT | F S | NDC/CPT-4/ PROC | HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B077 | 0717 | | 351205 | | 1 | 75MM LINEAR REG CUTTER | 427.24 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.



| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B077 | 0717 | | 351206 | | 5 | 75MM LIN RELOAD REG CU | 1139.15 |
| | | | | | | | SUBTOTAL: | 1566.39 |

**301-LAB/CHEMISTRY**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 01B975 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 040115 | 01B975 | 0736 | | 272142 | 80320 | 1 | ALCOHOL QN EXCEPT BREA | 100.00 |
| 040215 | 02B003 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 040215 | 02B050 | 0736 | | 270807 | 80048 | 1 | BMP TOTAL CALCIUM | 584.01 |
| 040315 | 03B097 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 040415 | 04B187 | 0736 | | 270807 | 80048 | 1 | BMP TOTAL CALCIUM | 584.01 |
| 040515 | 05B252 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 040615 | 06B320 | 0736 | | 270807 | 80048 | 1 | BMP TOTAL CALCIUM | 584.01 |
| 040815 | 08B523 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 041015 | 10B787 | 0736 | | 270253 | 80202 | 1 | VANCOMYCIN QUANT | 555.61 |
| 041015 | 10B720 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| 041115 | 11B811 | 0736 | | 270807 | 80048 | 1 | BMP TOTAL CALCIUM | 584.01 |
| 041315 | 13B948 | 0736 | | 270807 | 80048 | 1 | BMP TOTAL CALCIUM | 584.01 |
| 041615 | 16B264 | 0736 | | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
| | | | | | | | SUBTOTAL: | 10275.99 |

**302-LAB/IMMUNOLOGY**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 01B986 | 0736 | | 270017 | 86901 | 1 | RH TYPE | 239.28- |
| 040115 | 01B979 | 0736 | | 270006 | 86900 | 1 | ABO TYPE | 283.88 |
| 040115 | 01B979 | 0736 | | 270008 | 86850 | 1 | ANTIBODY SCREEN EA | 454.19 |
| 040115 | 01B979 | 0736 | | 270017 | 86901 | 1 | RH TYPE | 239.28 |
| 040115 | 01B979 | 0736 | | 270010 | 86920 | 2 | CROSSMATCH IMM SPIN | 697.58 |
| 040115 | 04B202 | 0736 | | 270010 | 86920 | 2 | CROSSMATCH IMM SPIN | 697.58 |
| 040115 | 06B329+ | 0736 | | 270010 | 86920 | 2 | CROSSMATCH IMM SPIN | 697.58- |
| 040415 | 04B214 | 0736 | | 270006 | 86900 | 1 | ABO TYPE | 283.88 |
| 040415 | 04B214 | 0736 | | 270008 | 86850 | 1 | ANTIBODY SCREEN EA | 454.19 |
| 040415 | 04B214 | 0736 | | 270017 | 86901 | 1 | RH TYPE | 239.28 |
| 040415 | 04B214 | 0736 | | 270010 | 86920 | 2 | CROSSMATCH IMM SPIN | 697.58 |
| | | | | | | | SUBTOTAL: | 3110.58 |

**305-LAB/HEMATOLOGY**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 01B975 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040215 | 02B003 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040315 | 03B097 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040315 | 03B097 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 040415 | 04B187 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040515 | 05B252 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040515 | 05B252 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:        GARDEN PARK MEDICAL    BILLING DATE    PAGE   7   06212
MED REC NO:                 15200 COMMUNITY RD      06/19/15
GUARANTOR NO:
PATIENT:                    GULFPORT             MS 395033085    ADMITTED    DISCHARGED
HALE ALLEN                                                   04/01/15    04/16/15

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040615 | 06B324 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 040615 | 06B320 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040815 | 08B523 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040815 | 08B523 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 040915 | 09B623 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 040915 | 09B623 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 041015 | 10B720 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 041015 | 10B720 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 041115 | 11B811 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 041115 | 11B811 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 041315 | 13B952 | 0736 | | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| 041315 | 13B948 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| 041615 | 16B264 | 0736 | | 270394 | 85027 | 1 | CBC | 312.26 |
| | | | | | | | SUBTOTAL: | 4449.28 |

306-LAB/BACT-MICRO

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040815 | 08B548+ | 0736 | | 270414 | 87040 | 2 | CULTURE BLOOD | 965.20 |
| 040815 | 08B576 | 0736 | | 270430 | 87205 | 1 | GRAM STAIN PRIMARY SRC | 117.61 |
| 040815 | 08B576 | 0736 | | 270615 | 87070 | 1 | CULTURE SPUTUM | 494.78 |
| 040815 | 10B724 | 0736 | | 270431 | 87186 | 1 | SUSC MIC | 391.88 |
| 041015 | 10B746 | 0736 | | 270425 | 87205 | 1 | GRAM STAIN PRIMARY SRC | 460.87 |
| 041015 | 10B746 | 0736 | | 270623 | 87070 | 1 | CULTURE WOUND | 619.06 |
| 041015 | 12B890 | 0736 | | 270855 | 87106 | 1 | YEAST ID | 154.13 |
| 041415 | 14B081 | 0736 | | 270425 | 87205 | 1 | GRAM STAIN PRIMARY SRC | 460.87 |
| 041415 | 14B081 | 0736 | | 270614 | 87070 | 1 | CULTURE BODY FLUID | 494.78 |
| 041415 | 18B455 | 0736 | | 270855 | 87106 | 1 | YEAST ID | 154.13 |
| | | | | | | | SUBTOTAL: | 4313.31 |

307-LAB/UROLOGY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040815 | 08B548 | 0736 | | 271404 | 81003 | 1 | UA W O MICRO AUTO | 186.56 |
| | | | | | | | SUBTOTAL: | 186.56 |

310-PATH/LAB

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B027 | 0732 | | 290019 | 88300 | 1 | SURG PATH LEVEL 1 | 209.61 |
| 040115 | 02B027 | 0732 | | 290026 | 88304 | 2 | SURG PATH LEVEL 3 | 630.12 |
| | | | | | | | SUBTOTAL: | 839.73 |

320-DX XRAY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B002 | 0728 | | 220156 | 74020 | 1 | XR ABD COMP W DEC/ERE | 1100.74 |
| 040415 | 04B205 | 0728 | | 220065 | 74240 | 1 | XR UGI W/O KUB | 1533.54 |
| | | | | | | | SUBTOTAL: | 2634.28 |

324-DX X-RAY/CHEST

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040215 | 02B002+ | 0728 | | 220014 | 71010 | 2 | XR CHEST 1 V | 1305.88 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.



| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040315 | 03B100+ | 0728 | | 220014 | 71010 | 2 | XR CHEST 1 V | 1305.88 |
| 040415 | 04B186+ | 0728 | | 220014 | 71010 | 2 | XR CHEST 1 V | 1305.88 |
| 040515 | 05B255 | 0728 | | 220014 | 71010 | 1 | XR CHEST 1 V | 652.94 |
| 040615 | 06B323+ | 0728 | | 220014 | 71010 | 2 | XR CHEST 1 V | 1305.88 |
| 040715 | 07B425+ | 0728 | | 220014 | 71010 | 2 | XR CHEST 1 V | 1305.88 |
| 040815 | 08B552 | 0728 | | 220014 | 71010 | 1 | XR CHEST 1 V | 652.94 |
| 041515 | 15B188 | 0728 | | 220015 | 71020 | 1 | XR CHEST 2 V | 727.57 |
| | | | | | | | SUBTOTAL: | 8562.85 |

352-CT SCAN/BODY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 01B982 | 0726 | | 250092 | 74177 | 1 | CT ABD&PELVIS W/CONT | 9836.76 |
| 040115 | 01B982 | 0726 | | 250012 | 71260 | 1 | CT CHEST W/CONTRAST | 5727.03 |
| 040915 | 09B676 | 0726 | | 250092 | 74177 | 1 | CT ABD&PELVIS W/CONT | 9836.76 |
| 040915 | 09B676 | 0726 | | 250012 | 71260 | 1 | CT CHEST W/CONTRAST | 5727.03 |
| | | | | | | | SUBTOTAL: | 31127.58 |

360-OR SERVICES

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B077 | 0701 | | 010001 | | 18 | MAJOR SURGERY, 1/4 HR | 38188.44 |
| 040415 | 04B240 | 0701 | | 010001 | | 7 | MAJOR SURGERY, 1/4 HR | 14851.06 |
| | | | | | | | SUBTOTAL: | 53039.50 |

370-ANESTHESIA

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B077 | 0722 | | 351008 | | 18 | ANESTHESIA 1/4HR | 9644.22 |
| 040415 | 04B240 | 0722 | | 351008 | | 7 | ANESTHESIA 1/4HR | 3750.53 |
| | | | | | | | SUBTOTAL: | 13394.75 |

390-BLOOD STOR PROC

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B006+ | 0758 | | 300005 | P9016 | 2 | PRBC LR | 1077.18 |
| | | | | | | | SUBTOTAL: | 1077.18 |

391-BLOOD ADMIN

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040115 | 02B006 | 0736 | | 300020 | 36430 | 1 | BLOOD TRANSFUSION | 542.64 |
| 040115 | 02B006 | 0736 | | 300020 | 36430 | 1 | BLOOD TRANSFUSION | 542.64 |
| 040115 | 03ET10 | 0736 | | 300020 | 36430 | 1 | BLOOD TRANSFUSION | 542.64- |
| | | | | | | | SUBTOTAL: | 542.64 |

410-RESPIRATORY SVC

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040415 | 04B219 | 0754 | | 120053 | 94002 | 1 | VENT MGMT INITIAL IP/O | 4768.98 |
| 040415 | 04B219 | 0754 | | 120053 | 94002 | 1 | VENT MGMT INITIAL IP/O | 4768.98 |
| 040415 | 06ET1V | 0754 | | 120053 | 94002 | 1 | VENT MGMT INITIAL IP/O | 4768.98- |
| 040515 | 05B253 | 0754 | | 120009 | 94640 | 1 | INH TX AC AWY OBST | 292.00 |
| 040615 | 06B395 | 0754 | | 120009 | 94640 | 1 | INH TX AC AWY OBST | 292.00 |
| 040815 | 08B577+ | 0754 | | 120001 | 94640 | 2 | INH TX AC AWY OBST | 235.22 |
| 040915 | 09B650+ | 0754 | | 120001 | 94640 | 3 | INH TX AC AWY OBST | 352.83 |
| 041015 | 10B717+ | 0754 | | 120001 | 94640 | 4 | INH TX AC AWY OBST | 470.44 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.



| DATE OF | BATCH | F | NDC/CPT-4/ | | | |
| SERVICE | REF | DEPT S | PROC | HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|
| 041115 | 11B816+ | 0754 | 120001 | 94640 | 3 | INH TX AC AWY OBST | 352.83 |
| 041215 | 12B882+ | 0754 | 120001 | 94640 | 3 | INH TX AC AWY OBST | 352.83 |
| 041315 | 13B953+ | 0754 | 120001 | 94640 | 2 | INH TX AC AWY OBST | 235.22 |
| 041415 | 14B050+ | 0754 | 120001 | 94640 | 4 | INH TX AC AWY OBST | 470.44 |
| 041515 | 15B155+ | 0754 | 120001 | 94640 | 4 | INH TX AC AWY OBST | 470.44 |
| 041615 | 16B257+ | 0754 | 120001 | 94640 | 2 | INH TX AC AWY OBST | 235.22 |
| | | | | | | SUBTOTAL: | 8528.45 |

450-EMERG ROOM

| 040215 | 02B999 | 0780 | 090184 | | 1 | PROCEDURE CATEGORY 1 | 983.90 |
| 040215 | 02B999 | 0780 | 090005 | 99285 | 1 | EMER DEPT LEVEL 5 | 2448.49 |
| | | | | | | SUBTOTAL: | 3432.39 |

636-DRUGS REQUIRING DET CODE

| 040115 | 01B981+ | 0712 | 313414 | J7030 | 4 | NS 1000 ML | 1054.44 |
| 040115 | 02B029 | 0712 | 314333 | J2370 | 10 | PHENYLEPHN 1 ML INJ | 6.70 |
| 040115 | 02B029 | 0712 | 314288 | J1885 | 1 | KETOROLAC 60 MG INJ | 4.04 |
| 040115 | 02B029 | 0712 | 314290 | J2405 | 2 | ONDANSETRON 4 MG VL | 24.20 |
| 040215 | 02B001+ | 0712 | 314693 | J2270 | 2 | MORPHINE SULF 30MG INJ | 76.00 |
| 040215 | 02B004+ | 0712 | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040215 | 02B001 | 0712 | 314671 | J2704 | 1 | PROPOFOL 200 MG INJ | 304.18 |
| 040215 | 02B029 | 0712 | 314361 | S0028 | 2 | FAMOTIDINE 20 MG INJ | 9.98 |
| 040215 | 07C739 | 0712 | 314241 | J2270 | 1 | MORPHINE SULF 10MG INJ | 7.91 |
| 040315 | 03B099+ | 0712 | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040315 | 03B099 | 0712 | 314693 | J2270 | 1 | MORPHINE SULF 30MG INJ | 38.00 |
| 040315 | 03B103 | 0712 | 314290 | J2405 | 1 | ONDANSETRON 4 MG VL | 12.10 |
| 040315 | 03B103 | 0712 | 314361 | S0028 | 2 | FAMOTIDINE 20 MG INJ | 9.98 |
| 040415 | 04B189+ | 0712 | 314433 | J2543 | 2 | PIP SOD/TAZ 3.375 G VL | 329.56 |
| 040415 | 04B221 | 0712 | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040415 | 04B189 | 0712 | 314693 | J2270 | 1 | MORPHINE SULF 30MG INJ | 38.00 |
| 040415 | 04B216 | 0712 | 314290 | J2405 | 1 | ONDANSETRON 4 MG VL | 12.10 |
| 040415 | 04B204 | 0712 | 314361 | S0028 | 2 | FAMOTIDINE 20 MG INJ | 9.98 |
| 040415 | 04B204 | 0712 | 314407 | J0690 | 6 | CEFAZOLIN 1 G VL | 1536.72 |
| 040415 | 04B204 | 0712 | 314671 | J2704 | 1 | PROPOFOL 200 MG INJ | 304.18 |
| 040415 | 04B204 | 0712 | 314295 | J0330 | 1 | SUCCINYLCHOL 200 MG IN | 11.26 |
| 040415 | 05B298 | 0712 | 314290 | J2405 | 2 | ONDANSETRON 4 MG VL | 24.20 |
| 040515 | 05B250+ | 0712 | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040515 | 05B258+ | 0712 | 314290 | J2405 | 2 | ONDANSETRON 4 MG VL | 24.20 |
| 040515 | 05B269 | 0712 | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040615 | 06B318+ | 0712 | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040615 | 06B322+ | 0712 | 314290 | J2405 | 2 | ONDANSETRON 4 MG VL | 24.20 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:  
MED REC NO:  
GUARANTOR NO:  
PATIENT:  
HALE ALLEN

GARDEN PARK MEDICAL      BILLING DATE    PAGE  10    06212  
15200 COMMUNITY RD        06/19/15

GULFPORT                  MS 395033085    ADMITTED    DISCHARGED  
                                          04/01/15    04/16/15



| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 040615 | 06B348+ | 0712 | | 314281 | J3480 | 2 | POTASS CL 20MEQ BAG | 765.26 |
| 040615 | 06B348 | 0712 | | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040715 | 07B421+ | 0712 | | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040715 | 07B424+ | 0712 | | 314290 | J2405 | 3 | ONDANSETRON 4 MG VL | 36.30 |
| 040715 | 07B452+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 040715 | 07B428 | 0712 | | 314281 | J3480 | 1 | POTASS CL 20MEQ BAG | 382.63 |
| 040715 | 07B452 | 0712 | | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040715 | 08B521 | 0712 | | 314433 | J2543 | 1 | PIP SOD/TAZ 3.375 G VL | 164.78 |
| 040815 | 08B550+ | 0712 | | 314433 | J2543 | 2 | PIP SOD/TAZ 3.375 G VL | 329.56 |
| 040815 | 08B550+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 040815 | 08B578+ | 0712 | | 314290 | J2405 | 2 | ONDANSETRON 4 MG VL | 24.20 |
| 040815 | 08B550 | 0712 | | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040815 | 08B550 | 0712 | | 314281 | J3480 | 1 | POTASS CL 20MEQ BAG | 382.63 |
| 040915 | 09B621+ | 0712 | | 314433 | J2543 | 3 | PIP SOD/TAZ 3.375 G VL | 494.34 |
| 040915 | 09B651+ | 0712 | | 314404 | J3370 | 4 | VANCOMYCIN 1 G VL | 122.24 |
| 040915 | 09B651+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 040915 | 09B696 | 0712 | | 313419 | J7050 | 1 | NS 250 ML | 206.84 |
| 040915 | 09B628 | 0712 | | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 040915 | 09B651 | 0712 | | 313415 | J7040 | 1 | NS 500 ML | 324.50 |
| 040915 | 09B651 | 0712 | | 314290 | J2405 | 1 | ONDANSETRON 4 MG VL | 12.10 |
| 040915 | 09B651 | 0712 | | 314281 | J3480 | 1 | POTASS CL 20MEQ BAG | 382.63 |
| 041015 | 10B718+ | 0712 | | 314433 | J2543 | 2 | PIP SOD/TAZ 3.375 G VL | 329.56 |
| 041015 | 10B722+ | 0712 | | 314404 | J3370 | 6 | VANCOMYCIN 1 G VL | 183.36 |
| 041015 | 10B722+ | 0712 | | 313419 | J7050 | 3 | NS 250 ML | 620.52 |
| 041015 | 10B726+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 041015 | 10B748+ | 0712 | | 314388 | J0744 | 2 | CIPROFLOXACIN 400 MG B | 488.96 |
| 041015 | 10B722 | 0712 | | 314281 | J3480 | 1 | POTASS CL 20MEQ BAG | 382.63 |
| 041015 | 10B789 | 0712 | | 314287 | J1885 | 1 | KETOROLAC 30 MG INJ | 4.63 |
| 041015 | 10B726 | 0712 | | 314290 | J2405 | 1 | ONDANSETRON 4 MG VL | 12.10 |
| 041015 | 10B726 | 0712 | | 313222 | C9113 | 1 | PANTOPRAZOLE SODIUM VI | 306.09 |
| 041115 | 11B829+ | 0712 | | 314388 | J0744 | 2 | CIPROFLOXACIN 400 MG B | 488.96 |
| 041115 | 11B829+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 041115 | 11B813 | 0712 | | 314281 | J3480 | 1 | POTASS CL 20MEQ BAG | 382.63 |
| 041115 | 11B813 | 0712 | | 313419 | J7050 | 2 | NS 250 ML | 413.68 |
| 041115 | 11B813 | 0712 | | 314404 | J3370 | 2 | VANCOMYCIN 1 G VL | 61.12 |
| 041115 | 11B829 | 0712 | | 314502 | J1450 | 1 | FLUCONAZOLE 200 MG BAG | 51.90 |
| 041215 | 12B892+ | 0712 | | 314388 | J0744 | 2 | CIPROFLOXACIN 400 MG B | 488.96 |
| 041215 | 12B892+ | 0712 | | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 041215 | 12B892 | 0712 | | 314502 | J1450 | 1 | FLUCONAZOLE 200 MG BAG | 51.90 |

INSURANCE BENEFITS ASSIGNED TO  
GARDEN PARK MEDICAL CENTER.



GARDEN PARK MEDICAL        BILLING DATE    PAGE  11    06212
15200 COMMUNITY RD         06/19/15

GULFPORT                   MS 395033085    ADMITTED    DISCHARGED
                                           04/01/15    04/16/15

| DATE OF SERVICE | BATCH REF | DEPT | F S PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 041315 | 13B979+ | 0712 | 314388 | J0744 | 2 | CIPROFLOXACIN 400 MG B | 488.96 |
| 041315 | 13B979+ | 0712 | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 041315 | 13B979 | 0712 | 314502 | J1450 | 1 | FLUCONAZOLE 200 MG BAG | 51.90 |
| 041415 | 14B083+ | 0712 | 314375 | J1644 | 2 | HEPARIN 5000 U INJ | 102.16 |
| 041415 | 14B083+ | 0712 | 314388 | J0744 | 2 | CIPROFLOXACIN 400 MG B | 488.96 |
| 041415 | 14B084 | 0712 | 314502 | J1450 | 1 | FLUCONAZOLE 200 MG BAG | 51.90 |
| 041515 | 15B191 | 0712 | 314375 | J1644 | 1 | HEPARIN 5000 U INJ | 51.08- |
| 041515 | 15B186 | 0712 | 314375 | J1644 | 1 | HEPARIN 5000 U INJ | 51.08 |
| 041515 | 15B186 | 0712 | 314388 | J0744 | 1 | CIPROFLOXACIN 400 MG B | 244.48 |
| | | | | | | SUBTOTAL: | 18208.66 |

```
      683-TRAUMA LEVEL III
040215 02B999  0780  090217  G0390     1 TRAUMA TEAM I W/CC        4771.50
                                          SUBTOTAL:                4771.50

      730-EKG/ECG
040115 02B028  0744  130011  93005     1 EKG TRACING ONLY          772.49
                                          SUBTOTAL:                 772.49

                                         TOTAL ANCILLARY CHARGES  220907.48

                                            TOTAL CHARGES         283958.18
                                                 PAYMENTS               .00
                                              ADJUSTMENTS               .00
                                                  BALANCE         283958.18
```

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.


DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0607 | NURSING UNT-HOSP DEFINED | 9,132.78 |
| 0650 | INTENSIVE CARE UNIT | 53,917.92 |
| 0701 | SURGERY UNIT | 53,039.50 |
| 0712 | PHARMACY | 40,270.76 |
| 0717 | SURGICAL IMPLANTS | 1,566.39 |
| 0718 | MEDICAL SERVICES | 9,651.71 |
| 0719 | SPECIAL PROCEDURES UNIT | 12,514.60 |
| 0722 | ANESTHESIA UNIT | 13,394.75 |
| 0726 | CAT SCAN UNIT | 31,127.58 |
| 0728 | RADIOLOGY - DIAGNOSTIC | 11,197.13 |
| 0732 | PATHOLOGY UNIT | 839.73 |
| 0736 | LABORATORY | 22,878.36 |
| 0744 | ELECTROCARDIOGRAPHY UNIT | 772.49 |
| 0754 | RESPIRATORY THERAPY UNIT | 14,373.41 |
| 0758 | BLOOD BANK | 1,077.18 |
| 0780 | EMERGENCY SERVICES | 8,203.89 |

```
TOTAL CHARGES:     283,958.18
TOTAL PAYMENTS:          .00
TOTAL ADJUST:            .00
```


BILL TO:
     HALE ALLEN                          EMERGENCY                        FC=99
                                         ADMIT THRU DISCHARGE CLAIM


| DATE OF | BATCH | F | | NDC/CPT-4/ | | | | |
|---------|-------|---|---|-----------|-----|-----|-----|-----|
| SERVICE | REF | DEPT S | PROC | HCPCS | QTY | SERVICE DESCRIPTION | | CHARGES |

**301-LAB/CHEMISTRY**

| 042115 | 21B750 | 0736 | 270808 | 80053 | 1 | COMP METABOLIC PANEL | 957.19 |
|--------|--------|------|--------|-------|---|----------------------|--------|
| | | | | | | SUBTOTAL: | 957.19 |

**305-LAB/HEMATOLOGY**

| 042115 | 21B750 | 0736 | 270394 | 85027 | 1 | CBC | 312.26 |
|--------|--------|------|--------|-------|---|-----|--------|
| 042115 | 21B750 | 0736 | 271002 | 85007 | 1 | MANUAL DIFFERENTIAL | 87.77 |
| | | | | | | SUBTOTAL: | 400.03 |

**352-CT SCAN/BODY**

| 042115 | 21B753 | 0726 | 250092 | 74177 | 1 | CT ABD&PELVIS W/CONT | 9836.76 |
|--------|--------|------|--------|-------|---|----------------------|---------|
| | | | | | | SUBTOTAL: | 9836.76 |

**636-DRUGS REQUIRING DET CODE**

| 042115 | 21B752 | 0712 | 314704 | J2270 | 1 | MORPHINE SULF 10MG INJ | 5.05 |
|--------|--------|------|--------|-------|---|------------------------|------|
| 042115 | 21B752 | 0712 | 314290 | J2405 | 1 | ONDANSETRON 4 MG VL | 12.10 |
| | | | | | | SUBTOTAL: | 17.15 |

**450-EMERG ROOM**

| 042215 | 22B769 | 0780 | 090004 | 99284 | 1 | EMER DEPT LEVEL 4 | 1668.29 |
|--------|--------|------|--------|-------|---|-------------------|---------|
| 042215 | 22B769 | 0780 | 090208 | 96374 | 1 | IVP SINGLE/INITIAL DRU | 348.66 |
| 042215 | 22B769 | 0780 | 090209 | 96375 | 1 | IVP EA ADD SEQ NEW DRU | 508.13 |
| | | | | | | SUBTOTAL: | 2525.08 |

|  |  |
|--|--|
| TOTAL ANCILLARY CHARGES | 13736.21 |
| TOTAL CHARGES | 13736.21 |
| PAYMENTS | .00 |
| ADJUSTMENTS | .00 |
| BALANCE | 13736.21 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

```
PATIENT NO:                    GARDEN PARK MEDICAL        BILLING DATE    PAGE   2    06212
MED REC NO:                    15200 COMMUNITY RD         04/26/15
GUARANTOR NO:
PATIENT:                       GULFPORT                   MS 395033085    ADMITTED      DISCHARGED
HALE ALLEN                                                                04/21/15      04/22/15
```

```
                    DEPARTMENTAL CHARGE SUMMARY
            DEPT        DESCRIPTION                    AMOUNT

            0712    PHARMACY                            17.15
            0726    CAT SCAN UNIT                    9,836.76
            0736    LABORATORY                       1,357.22
            0780    EMERGENCY SERVICES               2,525.08


        TOTAL CHARGES:      13,736.21
        TOTAL PAYMENTS:           .00
        TOTAL ADJUST:            .00
```

## AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

STATE OF _TEXAS_

COUNTY OF _HARRIS_

I, _ANDRIA DESTIN_, am the duly authorized custodian of the medical records for **Garden Park Medical Center**, and as such I have (i) first-hand knowledge about the making, maintenance, and storage of the records; (ii) that the records are authentic as required by law; and (iii) that the attached records were (a) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters; (b) kept in the course of the regularly conducted activity of this office; and (c) were made or maintained as a regular practice. The records attached hereto constitute a true and correct copy of the medical records pertaining to the care and treatment of **Allen Douglas Hale**.

And further affiant saith not.

_____
Custodian of Records

SWORN TO AND SUBSCRIBED before me this 4 day of January, 2016

JEANNINE LOUISE SMITH
Notary Public, State of Texas
My Commission Expires
April 16, 2016

_____
NOTARY PUBLIC

My Commission Expires:

4-16-16

```
PATIENT NO:                 GARDEN PARK MEDICAL      BILLING DATE    PAGE    1    06212
MED REC NO:                 15200 COMMUNITY RD       06/01/15
GUARANTOR NO:
PATIENT:                    GULFPORT                 MS 395033085    ADMITTED      DISCHARGED
HALE ALLEN                                                          05/27/15      05/27/15
```

BILL TO:
    HALE ALLEN                    EMERGENCY                  FC=15

                                  INFORMATION BILL

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | 251-DRUGS/GENERIC | | | | | | |
| 052715 | 27B887 | 0712 | | 313483 | | 1 | ZOFRAN ODT 4MG | 115.41 |
| | | | | | | | SUBTOTAL: | 115.41 |
| | | 259-DRGS/OTHER | | | | | | |
| 052715 | 27B887 | 0712 | | 313197 | | 1 | HYDROC/APAP 10/325 TAB | 11.87 |
| | | | | | | | SUBTOTAL: | 11.87 |
| | | 450-EMERG ROOM | | | | | | |
| 052715 | 27B890 | 0780 | | 090003 | 99283 | 1 | EMER DEPT LEVEL 3 | 1536.24 |
| | | | | | | | SUBTOTAL: | 1536.24 |
| | | | | | | | TOTAL ANCILLARY CHARGES | 1663.52 |
| | | | | | | | TOTAL CHARGES | 1663.52 |
| | | | | | | | PAYMENTS | .00 |
| | | | | | | | ADJUSTMENTS | .00 |
| | | | | | | | BALANCE | 1663.52 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN

GARDEN PARK MEDICAL          BILLING DATE     PAGE   2    06212
15200 COMMUNITY RD            06/01/15

GULFPORT                      MS 395033085     ADMITTED     DISCHARGED
                                               05/27/15     05/27/15

```
                    DEPARTMENTAL CHARGE SUMMARY
            DEPT        DESCRIPTION             AMOUNT

            0712    PHARMACY                    127.28
            0780    EMERGENCY SERVICES        1,536.24


        TOTAL CHARGES:      1,663.52
        TOTAL PAYMENTS:          .00
        TOTAL ADJUST:           .00
```

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN

GARDEN PARK MEDICAL          BILLING DATE    PAGE  1    06212
15200 COMMUNITY RD           06/05/15

GULFPORT                     MS 395033085    ADMITTED    DISCHARGED
                                             05/31/15    05/31/15

BILL TO:
HALE ALLEN

EMERGENCY                    FC=99
INFORMATION BILL

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | 450-EMERG ROOM | | | | | | |
| 053115 | 31B178 | 0780 | | 090003 | 99283 | 1 | EMER DEPT LEVEL 3 | 1536.24 |
| | | | | | | | SUBTOTAL: | 1536.24 |
| | | | | | | | TOTAL ANCILLARY CHARGES | 1536.24 |
| | | | | | | | TOTAL CHARGES | 1536.24 |
| | | | | | | | PAYMENTS | .00 |
| | | | | | | | ADJUSTMENTS | .00 |
| | | | | | | | BALANCE | 1536.24 |

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
HALE ALLEN

GARDEN PARK MEDICAL        BILLING DATE    PAGE   2    O6212
15200 COMMUNITY RD         06/05/15

GULFPORT                   MS 395033085    ADMITTED    DISCHARGED
                                           05/31/15    05/31/15

```
                        DEPARTMENTAL CHARGE SUMMARY
              DEPT          DESCRIPTION            AMOUNT

              0780      EMERGENCY SERVICES        1,536.24


          TOTAL CHARGES:        1,536.24
          TOTAL PAYMENTS:            .00
          TOTAL ADJUST:             .00
```



GARDEN PARK MEDICAL          BILLING DATE    PAGE   1    06212
15200 COMMUNITY RD           08/06/15

GULFPORT                     MS 395033085    ADMITTED    DISCHARGED
                                             08/02/15    08/02/15


BILL TO:
     HALE ALLEN                  EMERGENCY                    FC=99
                                 ADMIT THRU DISCHARGE CLAIM


DATE OF   BATCH     F        NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS      QTY SERVICE DESCRIPTION        CHARGES

   301-LAB/CHEMISTRY
080215 02B663  0736    270808   80053     1 COMP METABOLIC PANEL         957.19
080215 02B663  0736    270445   82150     1 AMYLASE                      454.19
080215 02B663  0736    270208   83690     1 LIPASE                       385.29
                                                       SUBTOTAL:        1796.67

   305-LAB/HEMATOLOGY
080215 02B663  0736    270394   85027     1 CBC                          312.26
                                                       SUBTOTAL:         312.26

   307-LAB/UROLOGY
080215 02B663  0736    271404   81003     1 UA W O MICRO AUTO            186.56
                                                       SUBTOTAL:         186.56

   320-DX XRAY
080215 02B666  0728    220156   74020     1 XR ABD COMP W DEC/ERE       1100.74
                                                       SUBTOTAL:        1100.74

   352-CT SCAN/BODY
080215 02B675  0726    250092   74177     1 CT ABD&PELVIS W/CONT        9836.76
                                                       SUBTOTAL:        9836.76

   450-EMERG ROOM
080215 02B673  0780    090004   99284     1 EMER DEPT LEVEL 4           1668.29
080215 02B673  0780    090208   96374     1 IVP SINGLE/INITIAL DRU       348.66
                                                       SUBTOTAL:        2016.95

   636-DRUGS REQUIRING DET CODE
080215 02B665  0712    314290   J2405     1 ONDANSETRON 4 MG VL           12.10
080215 02B665  0712    314716   J2270     1 MORPHINE SULF 5MG INJ          4.95
                                                       SUBTOTAL:          17.05

                           TOTAL ANCILLARY CHARGES       15266.99


INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.



GARDEN PARK MEDICAL     BILLING DATE    PAGE  2    06212
15200 COMMUNITY RD      08/06/15

GULFPORT                       MS 395033085    ADMITTED    DISCHARGED
                                               08/02/15    08/02/15

```
          TOTAL CHARGES      15266.99
             PAYMENTS            .00
          ADJUSTMENTS            .00
              BALANCE       15266.99
```

INSURANCE BENEFITS ASSIGNED TO
GARDEN PARK MEDICAL CENTER.

```
                    DEPARTMENTAL CHARGE SUMMARY
              DEPT      DESCRIPTION              AMOUNT

              0712   PHARMACY                     17.05
              0726   CAT SCAN UNIT             9,836.76
              0728   RADIOLOGY - DIAGNOSTIC    1,100.74
              0736   LABORATORY                2,295.49
              0780   EMERGENCY SERVICES        2,016.95


        TOTAL CHARGES:      15,266.99
        TOTAL PAYMENTS:           .00
         TOTAL ADJUST:           .00
```