# AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

STATE OF Ohio

COUNTY OF Summit

I, Tynora A. Daniels, am the duly authorized custodian of the medical records for **American Medical Response**, and as such I have (i) first-hand knowledge about the making, maintenance, and storage of the records; (ii) that the records are authentic as required by law; and (iii) that the attached records were (a) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters; (b) kept in the course of the regularly conducted activity of this office; and (c) were made or maintained as a regular practice. The records attached hereto constitute a true and correct copy of the medical records pertaining to the care and treatment of **Allen Douglas Hale**.

And further affiant saith not.

_Tynora A. Daniels_
Custodian of Records

SWORN TO AND SUBSCRIBED before me this 22 day of May, 2015.

Heather Thorla
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 07/24/2017

_Heather Thorla_
NOTARY PUBLIC

My Commission Expires:
7/24/17

**EXHIBIT 15**


## Dispatch Information      60848358

| | | | |
|---|---|---|---|
| Time Call Received: | 20:10:39 | Disposition: | Transported-To Hospital ER/ED |
| Time Dispatched: | 20:10:46 | From Location: | |
| Time Enroute: | 20:11:02 | | |
| Time at Scene: | 20:16:45 | 8220 W OAKLAWN RD, BILOXI, MS 39532 | |
| Time at Pt Side: | 20:18:00 | Incident Location Type: | Home/Residence |
| Time Cancelled: | 20:52:31 | To Location: | |
| | | GARDEN PARK MED CENTER | |
| Time Transporting: | 20:27:19 | | |
| Time Transport Arrived: | 20:36:48 | Floor/Dept/Room: | er |
| Time Available: | 20:52:31 | 15200 COMMUNITY RD, GULFPORT, MS 39503 | |
| Final Response Mode: | Lights and Siren | Destination Type: | Medical - Hospital |
| Final Transport Mode: | Lights and Siren | Nature of Call: | GSW OVERRIDE-BRAVO |
| | | Caller Name: | BILOXI POLICE DEPARTMENT |
| Responder On Scene: | Law enforcement, , BILOXI FD, | Late Reason: | |
| ALS Assessment: | AMR EMT-P | Dispatch 2: | |

## Patient Demographics      60848358

| | | | |
|---|---|---|---|
| Name: | hale, allen | DOB: | |
| Address: | | Age: | |
| City, State, Zip: | | | |
| Phone: | Cell: | Gender: | Male |
| SSN: | | Weight: | 86 Kg |
| Pt. # | 1 of 1 | | |
| | | Ethnicity: | Caucasian |

## Physical Findings      60848358

| | |
|---|---|
| Head | Head: Atraumatic, symmetric |
| Neck | Neck: Atraumatic, no JVD |
| Chest | Chest: |
| | Left Mid-Clavicular: |
| | Left Mid-Clavicular: |
| | Left Mid-Clavicular Remarks: Tazer barbs to chest . |
| Abdomen | Right Upper Quadrant (RUQ): No Bleeding - Uncontrolled |
| | Right Upper Quadrant (RUQ): No Pain/Tenderness - On Palpation |
| | Right Upper Quadrant (RUQ): No Penetrating |
| | Right Upper Quadrant (RUQ) Remarks: .45 caliber GSW |
| Pelvis | Pelvis: Stable, no crepitus or deformity |
| Back | Back: No crepitus, deformity, pain |
| Extremities | Extremities: CMS intact, no crepitus, deformity, pain |
| Gastrointestinal Exam - | Bowel Sounds: active , Bowel Care: BM PRN , |
| Genital/Urinary Exam - | Urinary: Voids PRN , |

## History Of Present Illness      60848358

**Chief Complaint:** Gunshot wound

**Physician:**
**Mechanism of Injury:** Not Known  Shooting .
**Safety Equipment:**

Case  
Unit ID: 64  
Pt: hale, allen  
Date: 4/2/2015 12:24:59 AM  
Print Date: 5/21/2015 7:31:19 AM  
Page 1 of 10