# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

ALLEN DOUGLAS HALE, III                                 PLAINTIFF

VS.                                  CIVIL ACTION NO.1:16CV113-LG-RHW

CITY OF BILOXI, MISSISSIPPI;
KENNETH GARNER, Individually;
DARREN LEA, Individually; and
JOHN AND JANE DOES 1-10, Individually                     DEFENDANTS

## AFFIDAVIT OF SHELBY SMITH

STATE OF MISSISSIPPI

COUNTY OF HARRISON

1. My name is Shelby Smith and I am an adult resident citizen of the State of Mississippi and am over the age of eighteen (18) years;

2. This Affidavit is made based upon my personal knowledge of the facts contained herein;

3. I am employed by the Mississippi Department of Public Safety and am an Investigator assigned to the Mississippi Bureau of Investigations;

4. I was assigned on or about April 1, 2015 to conduct a criminal investigation into a shooting incident involving the Biloxi Police Department and Allen Douglas Hale, III;

5. As part of my investigation, I interviewed Allen Douglas Hale, III at Garden Park Hospital following the shooting;

6. Medical personnel at the hospital advised me that Hale was physically capable of being interviewed prior to my conducting the interview;



EXHIBIT "M"

7. Mr. Hale was in ICU when I met with him. He appeared to be alert, awake and coherent and agreed to voluntarily be interviewed regarding the incident;

8. Mr. Hale stated that on the night of the incident he knew he was wanted by the Biloxi Police Department;

9. Mr. Hale stated he knew that Biloxi Police Department was there for him that night with a warrant; and

10. Further Affiant sayeth naught.

THIS the 19th day of June, 2017.

_____
SHELBY SMITH

SWORN TO AND SUBSCRIBED BEFORE ME on this the 19th day of June, 2017.

My Commission Expires:
August 6, 2017

_____
NOTARY PUBLIC