IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALLEN DOUGLAS HALE, III     PLAINTIFF

VS.     CIVIL ACTION NO.1:16CV113-LG-RHW
CITY OF BILOXI, MISSISSIPPI;
KENNETH GARNER, Individually;
DARREN LEA, Individually; and
JOHN AND JANE DOES 1-10, Individually     DEFENDANTS

## AFFIDAVIT OF SANDRA CLARK

STATE OF MISSISSIPPI

COUNTY OF HARRISON

1. My name is Sandra Clark and I am an adult resident citizen of Cleveland County, Oklahoma and am over the age of eighteen (18) years;

2. This Affidavit is made based upon my personal knowledge of the facts contained herein;

3. I live in the State of Mississippi periodically throughout the year and am currently the manager of the Mazalea RV Park in Harrison County, Mississippi and was the manager of the Mazalea RV Park in February, March and April 2015;

4. As manager, I met and knew Allen Douglas Hale, III;

5. I was present in the offices of the Mazalea RV Park in late February or early March 2015 when Biloxi Police officers began investigating potential fraud involving packages being sent to the RV park in the name of Mr. Hale or his girlfriend;

6. I was present in the offices of the Mazalea RV Park when Allen Douglas Hale, III attempted to retrieve a package that had been sent there and a Biloxi Police investigator



EXHIBIT "A"

questioned Mr. Hale regarding that incident;

7. After being questioned by Biloxi Police, Mr. Hale told me that he was advised that an arrest warrant was to be issued for him and that Biloxi Police requested that he turn himself in;

8. Mr. Hale told me he would not turn himself in and Biloxi Police would have to come and get him;

9. Prior to April 1, 2015, Biloxi Police came to the Mazalea RV Park on multiple occasions and asked me and other residents whether Mr. Hale was still at the RV Park;

10. I was in the RV Park on the night of April 1, 2015 when Biloxi Police were arresting Douglas Hale, III;

11. I was interviewed by Biloxi Police and advised them that Douglas Hale knew they had an arrest warrant for him on the night the incident took place; and

12. Further Affiant sayeth naught.

THIS the 19th day of June, 2017.

/s/ Sandra Clark
SANDRA CLARK

SWORN TO AND SUBSCRIBED BEFORE ME on this the 19th day of June, 2017.

Julie M. Albert
NOTARY PUBLIC

My Commission Expires:

Oct. 9, 2018

2