IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

SECOND JUDICIAL DISTRICT

FEBRUARY 2015 TERM

PARTIAL GRAND JURY REPORT

The Grand Jury has investigated the circumstances leading up to the shooting of Allen Douglas Hale by an officer of the Biloxi Police Department on April 1, 2015, and makes the following report:

After full and deliberate consideration of all the facts and circumstances leading up to the April 1, 2015, shooting of Allen Douglas Hale, and the circumstances as they existed at the time of the shooting, the Grand Jury finds no criminal conduct on behalf of the officers involved from the Biloxi Police Department and further finds that their actions were appropriate.

Therefore, we unanimously find that no further action is warranted by this body.

Respectfully submitted this the 15th day of June, 2015.

_Martha D. Harper_
Martha D. Harper, Foreman
February 2015, Grand Jury

EXHIBIT "Q"