IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALLEN DOUGLAS HALE, III**                                                                 **PLAINTIFF**

**v.**                                                                          **CAUSE NO. 1:16CV113-LG-RHW**

**CITY OF BILOXI, MISSISSIPPI,**
**et al.**                                                                                       **DEFENDANTS**

### JUDGMENT

This matter having come before the Court on the [78, 86, 91] Motions for Summary Judgment filed by Defendants, the Court, after a full review and consideration of the Motions, the parties' submissions, and the relevant legal authority finds, that in accordance with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's federal claims made pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE